**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN J. BADOCK, JR.,** | ) | CASE NO. 1:05CV02427 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Judge John M. Manos** |
| | ) | |
| **TIMOTHY E. MCMONAGLE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | **MEMORANDUM OF OPINION** |

Pursuant to the memorandum of opinion filed in this case on this date, Defendants' Motions to Dismiss (Docket Nos. 9 & 10) are **GRANTED**. This case is dismissed with prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

**Date: January 18, 2006**   */s/ John M. Manos*
                              **UNITED STATES DISTRICT JUDGE**